IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:98cr077-WHA |
| KENNY PARKER | ) | |

**ORDER**

This case is before the court on the Motion for Early Termination of Probation (sic) (Doc. #881), filed by the Defendant on February 7, 2007. By this motion, the Defendant seeks to have his five-year term of supervised release reduced to just over three years.

The motion points out that if it is granted, the Defendant would have completed more than 60% of the period of supervision, that the Defendant has complied with all directions of his supervising probation officer, and has fully paid all required criminal assessment fees. This alleges nothing more than that the Defendant has done what was expected of him, so far. A defendant is expected to pay all assessment fees and to comply with all directions of his supervising probation officer for the entire period of his supervised release. Doing so for 60% of the time is no basis for shortening the term. The court determined five years of supervised release to be appropriate at the time the Defendant was sentenced, and finds that term to still be appropriate. Therefore, it is hereby

ORDERED that the motion is DENIED.

DONE this 15th day of February, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE